UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT        :        ss: New Haven, Connecticut
                            :
                            :
COUNTY OF NEW HAVEN         :        January 11, 2023

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT

I, Nikolaus Swancott, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the New Haven Office of the Federal Bureau of Investigation ("FBI") and have been assigned to the Counter Terrorism squad. I have been employed by the FBI since January of 2021 and have since received many hours of training and knowledge from the FBI. Prior to working for the FBI, I was a police detective in the Metro Atlanta area of Georgia for approximately seven years. In this line of work, I conducted countless investigations ranging from sexual assaults, robbery, aggravated assaults, and murder. Over these years I continued to obtain further knowledge and experience in criminal investigations, which has led me to this point in my career.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to investigate and to make arrests for offenses enumerated in 18 U.S.C. 875(c).

3. The information contained in this affidavit is from my personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that the affidavit is being made to establish probable cause, your affiant has not listed each item and every fact known regarding the investigation.

4.     I submit this affidavit in support of an application for a criminal complaint and arrest warrant for HAMILTON CLARK SMITH (DOB \*\*/\*\*/1965 for violations of Title 18, United States Code, Section 875(c) (Interstate Threats) and Title 18, United States Code, Section 115(a)(1)(B) (Threatening a Federal Law Enforcement Officer) (the "TARGET OFFENSE").

Probable Cause

5.     On or about November 1, 2022, Deputy United States Marshal ("DUSM") E.S., whose name is known to the affiant, conducted a phone interview with an individual who identified himself as Hamilton SMITH regarding SMITH's earlier contact with members of the law enforcement community in which SMITH appeared to sound aggrieved.  During the call, while utilizing cellular phone number 203-581-4288, SMITH confirmed his identity to DUSM E.S. and agreed to speak with DUSM E.S. regarding the messages and voicemails he had been leaving for law enforcement.  At the time, DUSM E.S. indicated to SMITH that he would be willing to keep an open line of communication with SMITH in order to potentially assist SMITH with any concerns.  At all times herein, DUSM E.S. was communicating with SMITH as part of his official duties as a Deputy United States Marshal for the District of Connecticut and was utilizing his government issued cellular telephone.

6.     Several months later, at approximately 1:58 a.m. on January 10, 2023, SMITH, utilizing phone number 203-581-4288 sent a series of text messages to DUSM E.S. on his cellular phone provided by the USMS.  Those messages read as follows:

- "Your a sad fucking story of a human being, you got no balls [E.S.].  None at all especially when you've been exposed"

- "I'm gonna track you down, even knowing you couldn't track me down with the help of the government.  We will meet face to face, I can't wait."

- "Better have your service weapon because I won't have any weapon other than my brain and training of 50 years.  Your gonna need your firearm when we meet in the

future, and you will still loose against me un armed.  Get ready and warn all losers like you in the law enforcement field, yup you fucked with the wrong 'good citizen' guy that pays your paycheck fucktard"

- "I will find you"

7. Thereafter, at approximately 12:38 a.m. on January 11, 2023, SMITH sent two additional messages to DUSM E.S. by text message utilizing the same phone number.  Those messages read as follows:

- "You ready for me?  Cause I'm gonna find you and beat your ass to the point of no return, you're a pathetic pos and you will be taught a lesson, I'm gonna beat you till your near Death! It's nor a threat it's a promise loser, lock your doors pussy boy I am coming for your ass!"

- "Your done, you fucked with the wrong person, say goodbye to those you love, your life is now much target fuck tard! Don't even have the balls to call me back?  Your a little birch that's gonna catch a serious beating!  Yea you so called [E.S.] you better grow eyes in the back of your head!  I may even make you pay by hurting your family members, because your scum, be scared little man"

8. Shortly thereafter, at approximately 1:00 a.m., SMITH placed a phone call to the United States Marshal Service Communications Center located in Arlington, VA and stated that he is receiving scam calls from E.S. and that if the USMS does not do anything about it, SMITH was going to "track this motherfucker down and rip his fucking heart out and shove it down his throat."

9. The threats transmitted by SMITH were interstate, as SMITH identified himself in contemporaneous communications as residing in Milford, Connecticut and because emergency disclosures provided by the service provider of SMITH's telephone used to convey the above threats showed the telephone to be in the vicinity of Milford, Connecticut on the morning of January 11, 2023.  At the time of the threatening communications, DUSM E.S. was in Bethesda, MD for work related duties, and similarly the USMS Communications Center was also located outside of Connecticut, as set forth above.

Conclusion

10. Based upon the above articulated facts, your affiant submits that there is probable cause to believe that HAMILTON CLARK SMITH has committed the offenses of Title 18, United States Code, Section 875(c) (Interstate Threats) and Title 18, United States Code, Section 115(a)(1)(B) (Threatening a Federal Law Enforcement Officer). Your affiant respectfully requests the issuance of the requested criminal complaint and arrest warrant.

11. Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

_____
Nikolaus Swancott
Special Agent, FBI

The truth of the foregoing affidavit has been attested to me by Special Agent Nikolaus Swancott over the telephone on this __11th__ day of January 2023.

**Robert M. Spector**
Digitally signed by Robert M. Spector
Date: 2023.01.11 19:17:41 -05'00'

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE